IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**DEAUNDREA CASSEL PEAL**,

*Petitioner*,

v.

**WARDEN STEVEN REISER,**

*Respondent*.

CAUSE NO. 3:20-CV-389-CWR-FKB

## ORDER

This matter is before the Court pursuant to the Report and Recommendation of the United States Magistrate Judge, which was entered on July 31, 2023. Docket No. 16. The Report and Recommendation notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636. *Id.*

On August 11, 2023, the Respondent, Warden Steven Reiser, by and through the United States Attorney for the Southern District of Mississippi and the Assistant United States Attorney, explained that it would not file an objection to the Report and Recommendation. Docket No. 17.

This Court, finding that there have been no objections by any party, hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, the *Motion for Judgment on the Pleadings* is denied without prejudice.

**SO ORDERED**, this the 16th day of August, 2023.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE