IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**DEAUNDREA CASSEL PEAL**,

*Petitioner*,

v.

Cause No.: 3:20-CV-389-CWR-FKB

**WARDEN STEVEN REISER**,

*Defendant*.

## ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge, which was entered on December 14, 2023. Docket No. 29. The Magistrate Judge found "no error in the BOP's calculation of Peal's sentence as it relates to his claim of prior custody credit." *Id.* The Report and Recommendation notified parties that failure to file written objections to the proposed findings and recommendations contained therein within 14 days after being served a copy would bar further appeal in accordance with 28 U.S.C. § 636. *Id.*

This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, this case is dismissed with prejudice. A separate Final Judgment will issue.

**SO ORDERED**, this the 30th day of January, 2024.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE